No. 60049.—L'Italiana and Joseph F. Mariano *v.* United States, protest 177577–K (B) (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cheese graters, wholly or in chief value of aluminum, similar in all material respects to those the subject of *Atlantic Supply Co.* v. *United States* (34 Cust. Ct. 40, C. D. 1675), the claim of the plaintiffs was sustained.

No. 60050.—Clack & Bemporad Co. and John F. Kilroy Co. *v.* United States, protest 198889–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of latchet rug hooks the same in all material respects as those involved in Abstract 58068, the claim of the plaintiffs was sustained.

No. 60051.—Electrolux Corporation *v.* United States, protest 274433–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of finished necessary parts, composed wholly or in chief value of base metal, of electric floor polishers; that said polishers are articles which have as an essential feature an electrical element or device; and that the issues are the same in all material respects as those involved in *United States* v. *J. E. Bernard & Company, Inc.* (42 C. C. P. A. 141, C. A. D. 586), except that the merchandise therein consisted of parts of electric ironers, the claim of the plaintiff was sustained.